**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LARRY BENFORD, | ) |
|                 Plaintiff, | ) |
| vs. | ) 2:12-cv-216-JMS-DKL |
| LINDA POOLE, et al., | ) |
|                 Defendants. | ) |

**E N T R Y**

The plaintiff's motion for preliminary injunction [3] is denied as moot because he has been released from the custody of the Indiana Department of Correction.

**IT IS SO ORDERED.**

Date: 09/18/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

LARRY BENFORD
1440 No. 23rd St.
Terre Haute, IN 47803